Gregory C. Parliman
DAY PITNEY LLP
P.O. Box 1945
Morristown, NJ 07962-1945
(973) 966-6300

Thomas W. Tinkham
Holly S. A. Eng
DORSEY & WHITNEY LLP
50 South Sixth Street
Suite 1500
Minneapolis, Minnesota 55402-1498
(612) 340-2600

Attorneys For Defendant
3M Company

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN H. PINKOWSKI, on behalf of himself and all others similarly situated,<br><br>　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>3M COMPANY,<br><br>　　　　　　　　Defendant. | Honorable Stanley R. Chesler<br>Civil Action No. 05-5668 (SRC)<br><br>**SCHEDULING ORDER (REGARDING JUNE 26, 2007 TELEPHONE CONFERENCE)** |

　　　　This matter having come before the Court for a telephone conference call on June 26, 2007; and counsel for plaintiff and defendant having participated in that telephone conference call with the Court; and good cause having been shown;

　　　　IT IS on this __10th__ day of July, 2007, ORDERED as follows:

(1) On or before June 29, 2007, plaintiff shall file and serve an Amended Complaint reflecting plaintiff's decision to withdraw the class allegations in this action and identifying the factual claims and legal causes of action being asserted by plaintiff in his individual capacity. Defendant shall file and serve its Answer to the Amended Complaint on or before July 6, 2007.

(2) On or before July 3, 2007, defendant shall file and serve a letter brief in support of its application for costs relating to plaintiff's previous prosecution of the class action claim. Plaintiff shall file and serve his letter brief in opposition to that application on or before July 10, 2007. The letter briefs submitted by the parties shall not exceed five pages and shall be filed electronically.

(3) On or before July 3, 2007, defendant shall provide plaintiff with a proffer regarding company-wide statistical data which defendant may seek to offer in evidence at trial in this matter. On or before July 9, 2007, plaintiff shall advise defendant if he objects to any aspect of the proffer. If plaintiff does object to any aspect of the proffer, on or before July 13, 2007 plaintiff shall file and serve a letter brief in support of his application to exclude the proposed evidence to which he objects. Defendant shall file and serve its letter brief in opposition to that application on or before July 20, 2007. The letter briefs submitted by the parties shall not exceed five pages and shall be filed electronically.

(4) The parties shall confer and jointly advise the Court what documents, if any, remain in issue with respect to the pending motions to seal.

(5) On or before June 29, 2007, each party shall send a letter to the opposing party setting forth the names of three proposed mediators taken from the Certified Mediators

2

Listing. Each party shall copy the Magistrate Judge on their letter. The Magistrate Judge will then appoint a mediator from among any common names identified by the parties and, if there is no common name identified by the parties, the Magistrate Judge will appoint a mediator from the Certified Mediators Listing.

(6)   The final pretrial conference in this matter remains scheduled for August 6, 2007, at 2:30 p.m.

*s/Claire C. Cecchi*

_____
CLAIRE C. CECCHI, U.S.M.J.